IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCO MCKINNIE** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 25-444** |
| **TINICUM TOWNSHIP, SERGEANT WILLIAM YOUNG, EDDYSTONE BOROUGH, OFFICER ROBERT PUGH, OFFICER JAMES MCTIGHE and OFFICER PAUL GLIEM,** | : : : : : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this **23rd day** of **December 2025**, upon consideration of Defendants Tinicum Township, Officer William Young, and Officer James McTighe's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 42) and Defendants Eddystone Borough, Officer Robert Pugh, and Officer Paul Gliem's Motion to Partially Dismiss Plaintiff's Second Amended Complaint (ECF No. 44), and the docket, it is hereby **ORDERED** as follows:

1. Defendants Tinicum Township, Officer William Young, and Officer James McTighe's Motion to Dismiss (ECF No. 42) is **GRANTED IN PART** and **DENIED IN PART** for the reasons set forth in the accompanying memorandum.

2. Defendants Eddystone Borough, Officer Robert Pugh, and Officer Paul Gliem's Partial Motion to Dismiss (ECF No. 44) is **GRANTED IN FULL**.

3. Count II through V and all claims under the Equal Protection Clause of the Fourteenth Amendment in Count I will be **DISMISSED** without prejudice.

4. All claims under the Fourth Amendment against the individual Defendants in their individual capacity in Count I remain.

5. The individual Defendants are ordered to file an answer to the remaining claims in the Second Amended Complaint on or before **January 6, 2026**.

      **BY THE COURT:**

      /s/ Chad F. Kenney
      _____
      **CHAD F. KENNEY, JUDGE**